IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 99-60724
Summary Calendar
_____

PAUL BIGHAM,

Plaintiff-Appellant,

versus

LADDIE HUFFMAN, Sheriff of Clay County,
Mississippi, in his official and individual
capacity,

Defendant-Appellee.

_____

Appeal from the United States District Court for
the Northern District of Mississippi
(D.C. No. 1:98-CV-208-D-D)
_____

June 2, 2000

Before REAVLEY, BARKSDALE and STEWART, Circuit Judges.

PER CURIAM:[*]

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We affirm for the reasons given by the district court in its opinion dated October 8, 1999.

**AFFIRMED.**